Daniela Castro and Sarah Castro, Plaintiffs-Appellants,
against
Felissa Marte, Defendant-Respondent.




Plaintiffs appeal from a decision and order of the Civil Court of the City of New York, Bronx County (Marian C. Doherty, J.), dated October 30, 2018, after a nonjury trial, in favor of defendant dismissing the action and awarding defendant damages in the principal sum of $18,328.62 on her counterclaim.




Per Curiam.
Appeal from decision and order (Marian C. Doherty, J.), dated October 30, 2018, deemed an appeal from the ensuing judgment (same court and Judge), entered November 20, 2018, and so considered (see CPLR 5520[c]), judgment affirmed, without costs.
In reviewing a judgment from a bench trial, the decision of the fact-finding court should not be disturbed on appeal unless it is obvious that the court's conclusions could not be reached under any fair interpretation of the evidence, especially when the findings of fact rest in large measure on considerations relating to credibility of witnesses (see Claridge Gardens v Menotti, 160 AD2d 544 [1990]). Applying that standard here, and giving deference to the trial court's credibility determinations, we do not disturb the dismissal of plaintiffs-tenants' main action and the award to defendant-landlord on her counterclaim. The evidence, fairly interpreted, supports the court's findings that plaintiffs were not locked out or forcibly evicted from the subject apartment, but instead "vacated the premises on their own accord and abandoned whatever property [that] they left behind." The record also supports the trial court's determination that defendant was entitled to damages on her counterclaim for unpaid rent and for repairs due to damage to the apartment caused by plaintiffs.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concurI concurI concur
Decision Date: February 19, 2020